## Grayson v. Cabaniss.

*Assumpsit.*

(Decided Jan. 18, 1906, 39 So. Rep. 1027.)

APPEAL from Madison Circuit Court.
Heard before Hon. PAUL SPEAKE.

GRAYSON & GRAYSON and S. S. PLEASANT, for appellee.

COOPER & FOSTER, for appellée.

PER CURIAM. Appeal dismissed.

---

## Ex parte Hall & Farley.

*Mandamus.*

(Decided Jan. 16, 1906, 39 So. Rep. 1027.)

Original writ in Supreme Court.

W. A. GUNTER, for petitioners.

R. L. HARMON, for respondent.

PER CURIAM. Mandamus denied.

---

## Jordan v. Ala. Northern Ry. Co.

*Damages.*

(Decided Jan. 18, 1906, 39 So. Rep. 1027.)

APPEAL from Clay County Court.
Heard before Hon. W. J. PEARCE.

No counsel marked for either party.

PER CURIAM. Affirmed on certificate.